Exhibit 1

# United States of America
## United States Patent and Trademark Office

# APHMAU

**Reg. No. 5,218,454**
**Registered Jun. 06, 2017**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
3216 162ND PL SE
BELLEVUE, WA 98008

CLASS 21: Lunch boxes; Lunch bags not made of paper; Lunch pails

FIRST USE 7-25-2016; IN COMMERCE 7-25-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-225,822, FILED 11-03-2016
JENNY K PARK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# APHMAU

| | |
|---|---|
| **Reg. No. 5,218,455** | BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)<br>3216 162ND PL SE |
| **Registered Jun. 06, 2017** | BELLEVUE, WA 98008 |
| **Int. Cl.: 18** | CLASS 18: Back packs; All-purpose carrying bags; Carry-all bags; Messenger bags; Shoulder bags; Travel bags; Purses; Handbags; Luggage |
| **Trademark** | FIRST USE 7-25-2016; IN COMMERCE 7-25-2016 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 87-225,835, FILED 11-03-2016<br>JENNY K PARK, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# APHMAU

**Reg. No. 5,218,456**  
**Registered Jun. 06, 2017**  
**Int. Cl.: 16**  
**Trademark**  
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)  
3216 162ND PL SE  
BELLEVUE, WA 98008

CLASS 16: Pencil cases; Note cards; Thank you cards; Stationery; Stickers; Pencils; Color pencils; Pens; Decorations for pencils

FIRST USE 11-1-2016; IN COMMERCE 11-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-225,840, FILED 11-03-2016  
JENNY K PARK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,218,574**

**Registered Jun. 06, 2017**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
3216 162nd PL SE
BELLEVUE, WA 98008

CLASS 16: Pencil cases; Note cards; Thank you cards; Stationery; Stickers; Pencils; Color pencils; Pens; Decorations for pencils

FIRST USE 11-1-2016; IN COMMERCE 11-1-2016

The mark consists of THE WORD "APHMAU" IN STYLIZED LETTERS ACCOMPANIED WITH TWO STARS AND THE FACE OF A CARTOON FEMALE CAT.

SER. NO. 87-249,152, FILED 11-28-2016
JENNY K PARK, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# APHMAU

**Reg. No. 5,249,486**
**Registered Jul. 25, 2017**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
3216 162ND PL SE
BELLEVUE, WA 98008

CLASS 25: Clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Children's clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Headwear, namely, hats, caps and beanies

FIRST USE 2-3-2015; IN COMMERCE 2-3-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-225,780, FILED 11-03-2016
JENNY K PARK, EXAMINING ATTORNEY



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# APHMAU

| | |
|---|---|
| **Reg. No. 5,372,860** | BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)<br>3216 162nd Pl Se<br>Bellevue, WASHINGTON 98008 |
| **Registered Jan. 09, 2018** | |
| **Int. Cl.: 9** | CLASS 9: Audio and video recordings featuring video game playing with player commentary and narration |
| **Trademark** | FIRST USE 8-13-2012; IN COMMERCE 8-13-2012 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 87-249,107, FILED 11-28-2016 |



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,372,861**  
**Registered Jan. 09, 2018**  
**Int. Cl.: 9**  
**Trademark**  
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)  
3216 162nd Pl Se  
Bellevue, WASHINGTON 98008

CLASS 9: Audio and video recordings featuring video game playing with player commentary and narration

FIRST USE 8-13-2012; IN COMMERCE 8-13-2012

The mark consists of THE WORD "APHMAU" IN STYLIZED LETTERS ACCOMPANIED WITH TWO STARS AND THE FACE OF A CARTOON FEMALE CAT.

SER. NO. 87-249,172, FILED 11-28-2016



*Joseph Matal*

Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# APHMAU

**Reg. No. 5,413,872**
**Registered Feb. 27, 2018**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
3216 162nd Pl Se
Bellevue, WASHINGTON 98008

CLASS 28: Toys, namely, infant toys, stuffed toys, fantasy character toys and action figure toys; Plush toys; Dolls; Board games; Card games; Children's educational games for developing fine motors, cognitive and counting skills; Ornaments, namely, Christmas tree decorations; Puzzles; Pet toys

FIRST USE 12-12-2016; IN COMMERCE 12-12-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-225,799, FILED 11-03-2016



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# PHOENIX DROP HIGH

**Reg. No. 5,502,747**

**Registered Jun. 26, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
3216 162nd Pl Se
Bellevue, WASHINGTON 98008

CLASS 25: Clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Children's clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Headwear, namely, hats, caps and beanies

FIRST USE 3-26-2016; IN COMMERCE 3-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-692,070, FILED 11-20-2017



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,996,183**

**Registered Mar. 07, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
13115 PERRYTON DRIVE
AUSTIN, TEXAS 78732

CLASS 25: Clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, bottoms, pants, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Children's clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, bottoms, pants, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Headwear, namely, hats, caps and beanies; Sleepwear, pajamas, Footwear and Slippers

FIRST USE 6-4-2021; IN COMMERCE 6-4-2021

The mark consists of the term "MEEMEOWS" in stylized letters where the first letter "M" shows whiskers and there is an image of a little cat paw next to the final letter "S."

SER. NO. 97-248,956, FILED 02-01-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,996,185**
**Registered Mar. 07, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
13115 PERRYTON DRIVE
AUSTIN, TEXAS 78732

CLASS 28: Toys, namely, stuffed toys, fantasy character toys and action figure toys; Plush toys; Dolls; Board games; Card games; Children's educational games for developing fine motors, cognitive and counting skills; Ornaments, namely, Christmas tree decorations; Puzzles; Pet toys; Toy boxes

FIRST USE 6-4-2021; IN COMMERCE 6-4-2021

The mark consists of the term "MEEMEOWS" in stylized letters where the first letter "M" shows whiskers and there is an image of a little cat paw next to the final letter "S."

SER. NO. 97-248,967, FILED 02-01-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,042,178**

**Registered May 02, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
13115 PERRYTON DRIVE
AUSTIN, TEXAS 78732

CLASS 25: Clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, bottoms, pants, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Children's clothing, namely, tops, tank tops, t-shirts, shirts, sweaters, sweatshirts, hooded sweatshirts, bottoms, pants, scarves, belts, socks, and knitwear in the nature of tops, shirts, and bottoms; Headwear, namely, hats, caps and beanies; Sleepwear, pajamas, Footwear and Slippers

FIRST USE 6-18-2021; IN COMMERCE 6-18-2021

The mark consists of the face of a cartoon female cat with angel wings over the word "APHMAU" in stylized letters.

OWNER OF U.S. REG. NO. 5218456, 5218455, 5372860

SER. NO. 97-331,673, FILED 03-25-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,042,897**
**Registered May 02, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
13115 PERRYTON DRIVE
AUSTIN, TEXAS 78732

CLASS 28: Toys, namely, stuffed toys, fantasy character toys and action figure toys; Plush toys; Dolls; Board games; Card games; Children's educational games for developing fine motor, cognitive and counting skills; Ornaments, namely, Christmas tree decorations; Puzzles; Pet toys; Toy boxes

FIRST USE 5-13-2022; IN COMMERCE 5-13-2022

The mark consists of the face of a cartoon female cat with angel wings over the word "APHMAU" in stylized letters.

OWNER OF U.S. REG. NO. 5249486, 5218574, 5413872

SER. NO. 97-438,969, FILED 06-01-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,083,727**

**Registered Jun. 20, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
11305 Four Points Drive, Bldg 2 Ste 201
AUSTIN, TEXAS 78726

CLASS 16: Stickers; printed posters; Pencil cases; printed Note cards; Blank greeting cards for writing words of appreciation; printed Greeting cards; Stationery; series of printed Fiction and printed non-fiction books on a variety of topics; blank notepads; printed Diaries; Writing pads; Pencils; Color pencils; Markers; Pens; Decorations for pencils; Printed calendars; Cartoon prints and printed comic books; printed Books, magazines and newsletters in the fields of cartoon characters, fantasy characters and fictional characters; printed Children's activity booklets and printed writing journal sheets for activities; Graphic prints; Printed materials, namely, journals featuring cartoon characters, fantasy characters and fictional characters; School supplies, namely, pencils, pens, pen and pencil cases and holders, erasers, crayons, colored pencils, pencil sharpeners, markers and drawing rulers; Paper party decorations; Paper party bags; Gift wrapping paper; Printed patterns for making clothes, namely, costumes, pajamas, shirts and sweatshirts; Collectable and sports printed trading cards; Rubber stamps and stamp pads; Chalk; Dry erase writing boards; printed Educational publications, namely, educational flash cards, activity cards, workbooks, activity books, puzzle books and printed puzzles in the field of early childhood learning and education; Printed pamphlets, brochures, manuals, books, booklets, leaflets, informational flyers, adhesive backed stickers and kits comprised solely of one or more of the foregoing materials in the field of early childhood learning and educational methods incorporating the use of cartoon characters, fantasy characters and fictional characters; Photo albums; Book covers; Modeling clay; Paper identification tags for baggage and luggage, namely, baggage claim check tags made of paper

FIRST USE 6-4-2021; IN COMMERCE 6-4-2021

The mark consists of THE WORD MEEMEOWS IN STYLIZED LETTERS WHERE THE FIRST LETTER "M" SHOWS WHISKERS AND THERE IS THE IMAGE OF A LITTLE CAT PAW NEXT TO THE FINAL LETTER "S".

SER. NO. 97-248,934, FILED 02-01-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,250,313**

**Registered Dec. 19, 2023**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
11305 Four Points Drive, Bldg 2 Ste 201
AUSTIN, TEXAS 78726

CLASS 21: Toothbrushes, manual and electric; Dental tape; Dental floss; Soap dishes, toothbrush holders, soap dispensers, dispensers for facial tissues; Hair brushes; Nail brushes; Cups, saucers, drinking glasses, tumblers for use as drinking glasses, drinking cups sold with lids, mugs, plates, bowls; Decorative plates; Paper and plastic dinnerware, namely, plates, bowls, cups and serving trays; Disposable dinnerware, namely, plates, bowls, cups and serving trays; Place mats of plastic and vinyl; Insulated bags for food or beverages for domestic use; Insulated mugs and flasks; Lunch boxes made of plastic and metal; Drinking cups for babies and children; Sippy cups; Bottles sold empty; Sports bottles sold empty; Candy jars sold empty; Candy boxes; Drinking straws; Piggy banks; Cookie jars; Figurines of china, crystal, glass, porcelain and ceramic; Bottle jackets made of fitted reusable silicone, plastic silicone or plastic used to protect bottles of sanitizing gel; Reusable glass, stainless steel and plastic water bottles sold empty; Drinking cups for children and parts and fittings therefor, namely, drinking cups for children sold as a unit with non-insulated lids; Cake supports, namely, cake bases; Cookie molds; Decorative centerpieces; Cake decorating sets sold as a unit comprised primarily of decorating tubes, couplers and tips; Cookie cutters; Household utensils, namely, spatulas and kitchen tongs

FIRST USE 10-1-2023; IN COMMERCE 10-1-2023

The mark consists of THE WORD MEEMEOWS IN STYLIZED LETTERS WHERE THE FIRST LETTER "M" SHOWS WHISKERS AND THERE IS THE IMAGE OF A LITTLE CAT PAW NEXT TO THE FINAL LETTER "S".

SER. NO. 97-248,980, FILED 02-01-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,250,442**
**Registered Dec. 19, 2023**
**Int. Cl.: 21**
**Trademark**
**Principal Register**

BLUJAY STUDIOS, INC. (WASHINGTON CORPORATION)
11305 Four Points Drive, Bldg 2 Ste 201
AUSTIN, TEXAS 78726

CLASS 21: Toothbrushes, manual and electric; Dental tape; Dental floss; Soap dishes, toothbrush holders, soap dispensers, dispensers for facial tissues; Hair brushes; Nail brushes; Cups, saucers, drinking glasses, tumblers for use as drinking glasses, drinking cups sold with lids, mugs, plates, bowls; Decorative plates; Paper and plastic dinnerware, namely, plates, bowls, cups and serving trays; Disposable dinnerware, namely, plates, bowls, cups and serving trays; Place mats of plastic and vinyl; Insulated bags for food or beverages for domestic use; Insulated mugs and flasks; Lunch boxes made of plastic and metal; Drinking cups for babies and children; Sippy cups; Bottles sold empty; Sports bottles sold empty; Candy jars sold empty; Candy boxes; Drinking straws; Piggy banks; Cookie jars; Figurines of china, crystal, glass, porcelain and ceramic; Bottle jackets made of fitted reusable silicone, plastic silicone or plastic used to protect bottles of sanitizing gel; Reusable glass, stainless steel and plastic water bottles sold empty; Drinking cups for children and parts and fittings therefor, namely, drinking cups for children sold as a unit with non-insulated lids; Cake supports, namely, cake bases; Cookie molds; Decorative centerpieces; Cake decorating sets sold as a unit comprised primarily of decorating tubes, couplers and tips; Cookie cutters; Household utensils, namely, spatulas and kitchen tongs

FIRST USE 10-1-2023; IN COMMERCE 10-1-2023

The mark consists of THE FACE OF A CARTOON FEMALE CAT WITH ANGEL WINGS OVER THE WORD "APHMAU" IN STYLIZED LETTERS.

OWNER OF U.S. REG. NO. 5218456, 5218455, 5372860

SER. NO. 97-331,650, FILED 03-25-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

